# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 MAY 18 PM 3: 32

ROBERT ___ DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

UNITED STATES OF AMERICA )
)
) CR. No. 03-20051-M1
vs. )
)
DAVID WILLIAMS )

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The defendant applies to the Court for a Writ to have __David Williams__, now being detained in the __BOP    Memphis    1629 Winchester,__, appear before the Honorable __Jon P. McCalla__ on (day) __20__, (month) __May__, __2005__, at (time) __10:00 am__ for __resentencing__

and for such other appearances as this Court may direct.

Respectfully submitted this __18__ day of __May__, __2005__.

_____
Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

Community Corrections Office, 599 U.S. Courthouse, Nashville, TN
Fax (615) 736-5147

**SHERIFF/WARDEN,** _____

YOU ARE HEREBY COMMANDED to have __D. Williams__ appear before the

Honorable __J. McCalla__ at the date and time aforementioned.

ENTERED this ___ day of __May__, __2005__.

_____
UNITED STATES JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __5-19-05__

57

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:03-CR-20051 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT